UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARLENE PRUDHEL, RANDALL S.
PRUDHEL, BRADLEY K. PRUDHEL,
RYAN K. PRUDHEL, and
SHAYNE R. PRUDHEL,

        Plaintiffs,

   v.

ENDOLOGIX, INC., and
DOES 1 through 50, inclusive,

        Defendants.

NO. CIV. S-09-0661 LKK/KJM

O R D E R

    The court held a status conference in this case on June 1, 2009, at which counsel for the parties were present. Based on the representations made at that time, the court understood that remand of the case may be appropriate under Wyeth v. Levine, 129 S. Ct. 1187 (2009). Upon review of Wyeth, however, the court concludes that it does not provide authority to remand the case.

    A further Scheduling Conference is SET for August 24, 2009 at 1:30 PM.

1

1  IT IS SO ORDERED.

2  DATED: June 4, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2